No. 03–8768. LEVINE v. ELLIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8769. ANDERSON v. MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–8777. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–972. PAPPAS ET AL. v. CITY OF LAS VEGAS DOWNTOWN REDEVELOPMENT AGENCY ET AL. Sup. Ct. Nev. Motions of Paul and Laurel A. Molden, Arizona Property Owners Saied Afkary et al., and Pacific Legal Foundation et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 03–7751. VELTE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–8629. HAYES v. RUNNELS, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–6850. METZENBAUM v. NUGENT, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, 540 U. S. 1060;
No. 03–6960. HAMBRICK v. HOFFMAN, 540 U. S. 1114;
No. 03–7088. WILLIAMS v. MARYLAND STATE BOARD OF EDUCATION, 540 U. S. 1118;
No. 03–7128. RICHARDSON v. FIRST AMERICAN TITLE INSURANCE CO. ET AL., 540 U. S. 1118;
No. 03–7283. JOHNSON v. PEP BOYS-MANNY, MOE & JACK, ET AL., 540 U. S. 1123;
No. 03–7407. PARKER v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL., 540 U. S. 1151;
No. 03–7527. KELCH v. STARKS ET UX., 540 U. S. 1127;
No. 03–7660. MELTON v. FLORIDA DEPARTMENT OF CORRECTIONS ET AL., 540 U. S. 1135;
No. 03–7689. THOMAS v. BARNHART, COMMISSIONER OF SOCIAL SECURITY, 540 U. S. 1136; and

No. 03–7779. PATTERSON v. UNITED STATES, 540 U. S. 1139. Petitions for rehearing denied.

### MARCH 9, 2004

No. 03–9271 (03A773). BROWN v. OKLAHOMA. Ct. Crim. App. Okla. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this application and this petition.

### MARCH 17, 2004

No. 03–1166. NATWEST BANK NATIONAL ASSN. v. AFFILIATED FM INSURANCE CO. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 03–1244. CHASE MANHATTAN BANK v. AFFILIATED FM INSURANCE CO. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.1.

### MARCH 18, 2004

No. 02–11309. SMITH v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Writ of certiorari dismissed under this Court's Rule 46.1.

No. 03–475. CHENEY, VICE PRESIDENT OF THE UNITED STATES, ET AL. v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA. C. A. D. C. Cir. [Certiorari granted, 540 U. S. 1088.] Motion to recuse, referred to JUSTICE SCALIA [540 U. S. 1217], and by him denied.

Memorandum of JUSTICE SCALIA.

I have before me a motion to recuse in these cases consolidated below. The motion is filed on behalf of respondent Sierra Club.